IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

FEB 16 2006

Civil Action No. **06 - CV - 00264-***B/V/B*

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

DAVID JACKSON,

      Petitioner,

v.

GRAYSON ROBINSON, Sheriff,

      Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCY

---

Petitioner has submitted a Letter to the Court, and an Amended Writ of Habeus

[sic] Corpus Ad Test.  He has failed either to pay the $5.00 filing fee or to file a

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a

Habeas Corpus Action.  The court has determined that the documents are deficient as

described in this order.  Notwithstanding the deficiencies, the clerk of the court will be

directed to commence a civil action.  Petitioner will be directed to cure the following if he

wishes to pursue his claims.  Any papers which the Petitioner files in response to this

order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)     X     is not submitted
(2)     __     is missing affidavit
(3)     __     is missing certified copy of prisoner's trust fund statement for the 6-month
                   period immediately preceding this filing
(4)     __     is missing required financial information

(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) _X_ other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Petitioner

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus

Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _14th_ day of _February_, 2006.

BY THE COURT:

_Boyd N. Boland_

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**


Civil Action No. **06 - CV - 00264** -ßⁿß

David Jackson
Prisoner No. 200500014885
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80112


      I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on _2-16-06_


GREGORY C. LANGHAM, CLERK


By:_____
               Deputy Clerk