IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00264-BNB

DAVID JACKSON,

    Applicant,

v.

GREYSON ROBINSON, Sheriff,

    Respondent.

ORDER DENYING CERTIFICATE OF APPEALABILITY

    Applicant has filed a Notice of Appeal as to U.S.C. 28, Section 2254.  Applicant is appealing to the United States Court of Appeals for the Tenth Circuit from the Order Directing Clerk to Commence Civil Action and Directing Petitioner to Cure Deficiency filed on February 16, 2006.  No final order has been entered in this action.

    Pursuant to 28 U.S.C. § 2253(c)(1)(A), a certificate of appealability is necessary to appeal from the final order in a habeas corpus proceeding pursuant to 28 U.S.C. § 2254.  The Court will not issue a certificate of appealability in this action because no final order has been entered.  Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this __1__ day of __March__ 2006.

    BY THE COURT:

    _____
    ZITA L. WEINSHIENK, Senior Judge
    United States District Court