IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 27 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00264-BNB

DAVID JACKSON,

    Petitioner,

v.

GRAYSON ROBINSON, Sheriff,

    Respondent.

## ORDER

Petitioner David Jackson initiated this action by filing *pro se* a letter to the court and a document titled "Amended Writ of Habeus [sic] Corpus Ad Test." In an order filed on February 16, 2006, the court ordered Mr. Jackson to cure certain deficiencies if he wished to pursue his claims in this action. Specifically, Mr. Jackson was ordered to file a habeas corpus application on the proper form and either to pay the $5.00 filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. On February 28, 2006, Mr. Jackson filed a notice of appeal from the court's order directing him to cure the deficiencies in this action. On March 20, 2006, that appeal was dismissed. Also on March 20, 2006, Mr. Jackson filed in this action a copy of his inmate trust fund account statement and an affidavit in support of a motion seeking leave to proceed *in forma pauperis*.

Mr. Jackson has not filed an application for a writ of habeas corpus on the proper form. Although he has filed an affidavit in support of a motion seeking leave to proceed *in forma pauperis*, he has not filed an actual motion seeking leave to proceed *in*

*forma pauperis*.  Because his appeal from the court's February 16 order now has been dismissed, Mr. Jackson will be given one final opportunity to cure the deficiencies if he wishes to pursue his claims in this action.  Accordingly, it is

ORDERED that Mr. Jackson cure the deficiencies identified in the court's February 16, 2006, order **within thirty (30) days from the date of this order**.  It is

FURTHER ORDERED that if Mr. Jackson fails to cure the deficiencies identified in the court's February 16, 2006, order within the time allowed, the action will be dismissed without further notice.

DATED March 27, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00264-BNB

David Jackson
Prisoner No. 200500014885
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80112

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  3-27-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk