IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00264-BNB

DAVID JACKSON,

    Petitioner,

v.

GRAYSON ROBINSON, Sheriff,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 1 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's "Motion for Court Orders" filed on April 10, 2006, is GRANTED to the extent Applicant seeks a copy of the court's habeas corpus form and DENIED in all other respects. The clerk of the court is directed to mail to Applicant, together with a copy of this minute order, a copy of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

Dated: April 11, 2006

---

Copies of this **Minute Order, and two copies of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form** were mailed on April 11, 2006, to the following:

David Jackson
Prisoner No. 200500014885
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80112

                                              Secretary/Deputy Clerk