# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00264-ZLW

DAVID JACKSON,

    Petitioner,

v.

J. GRAYSON ROBINSON,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 3 2006

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Petitioner's "Motion to Change Mailing Address of Sheriff J. Grayson Robinson and Motion to Correct Spelling of Sheriff's Named as Respondent" filed on May 11, 2006, is GRANTED.

Dated:  May 23, 2006

---

Copies of this Minute Order mailed on May 23, 2006, to the following:

David Jackson
PO Box 17163
Boulder, CO 80308

Secretary/Deputy Clerk